IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN A. MCLEOD,

    Plaintiff,

v.                                                CASE NO. 4:09cv62-SPM/WCS

CHARLES J. CRIST, JR.,
Governmor, State of Florida,

    Defendant.

_____/

**ORDER GRANTING REHEARING AND**
**DISMISSING CASE FOR LACK OF JURIDISCTION**

      Plaintiff's case was dismissed pursuant to a Notice of Giving Up (doc. 20), which was construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff then filed an Objection to Order Construing Notice of Giving Up as Voluntary Dismissal (doc. 22) explaining that he did not intend to seek a voluntary dismissal. The objection will be treated as a motion for rehearing under Rule 59. Because a voluntary dismissal under 41(a) is not appropriate unless the Plaintiff agrees, the motion for rehearing will be granted and the voluntary dismissal is vacated.

      There is now pending a Report and Recommendation (doc. 14), dated April 17, 2009, recommending the dismissal of this case for lack of standing.

Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc.16) and additional exhibits for consideration (docs. 17, 18, and 19).

Having considered the objection, exhibits, and the report and recommendation, I have determined that the report and recommendation should be adopted. Plaintiff cannot establish standing in his complaint against Governor Crist for the appointments of state judges and members of the judicial nominations commissions. Accordingly, it is

ORDERED AND ADJUDGED:

1. The Order (doc. 21) construing the "Notice of Giving Up" as a notice of voluntary dismissal is vacated.

2. The magistrate judge's report and recommendation (doc.14) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed for lack of jurisdiction..

DONE AND ORDERED this 8th day of January, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge